IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>ORION J. ROSS,<br><br>                Defendants. | **4:20CR3120**<br><br>**ORDER** |

    Defendant has moved to continue Defendant's change of plea hearing. (Filing No. 280). As explained by counsel, the defendant needs additional time to consider the plea agreements offered. The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 280), is granted.

2) A hearing on Defendant's anticipated plea of guilty is scheduled before Magistrate Judge Zwart on February 16, 2023, at 3:00 p.m. by videoconference. Hearing instructions will be set by further order.

3) Defendant, defense counsel, and counsel for the government shall appear at this hearing.

4) On or before the date set for the plea proceeding, counsel for the government and for Defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5) The ends of justice served by granting Defendant's request to set a change of plea hearing outweigh the interests of the public and Defendant in a speedy trial, and the time between today's date and the district court judge's acceptance or rejection of the anticipated

plea of guilty shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)

Dated this 1st day of February, 2023.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge